**Motion Granted; Abatement Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00166-CV
_____

**WILLIAMS HART BOUNDAS & EASTERBY, LLP (F/K/A WILLIAMS KHERKHER HART & BOUNDAS, LLP); JOHN EDDIE WILLIAMS; AND JIM HART, Appellants**

**V.**

**STEVEN KHERKHER, Appellee**

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2019-90457

## ABATEMENT ORDER

Appellants filed an unopposed motion to stay this appeal pending reconsideration in the trial court. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for thirty (30) days. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.